**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

Criminal No. 03-CR-00067-MSK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. NATHANIEL LEE TAYLOR,

Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Pursuant to the Order of Reference from Chief Judge Marsha Krieger;

**IT IS HEREBY ORDERED** that the Violation of Supervised Release Hearing scheduled for October 7, 2013 at 9:00 a.m. is VACATED and RESCHEDULED for October 7, 2013 at 3:00 p.m. before the Magistrate Judge in Durango, Colorado pursuant to the Durango Pilot Project Protocol.

**DATED: September 30, 2013.**

                                          BY THE COURT:

                                          **s/David L. West**
                                          **United States Magistrate Judge**